1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2758

**FILED**

APR 1 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2-12-MJ-0078 CKD |
| Plaintiff, | [PROPOSED] ORDER FOR UNSEALING COMPLAINT |
| v. | |
| MARQUIST PIERE BRADFORD, | |
| Defendant. | |

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: April 11, 2012

*/s/ Gregory G. Hollows*

**GREGORY G. HOLLOWS**

HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge